Henry Floyd GILCHRIST,
Plaintiff—Appellant,

v.

SOUTH CAROLINA VETERANS ADMINISTRATION; United States District Court, d/b/a William M. Catoe; Veterans Affairs Medical Center, d/b/a Melba Banks; Magistrate Judge William Catoe; Melba Banks, Chief of Chaplains, Defendants—Appellees.

No. 07–2164.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 23, 2008.

Decided: June 20, 2008.

Henry Floyd Gilchrist, Appellant Pro Se.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Floyd Gilchrist appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Gilchrist v.*

*S.C. Veterans Admin.*, No. 3:07–cv–02620–GRA, 2007 WL 3286781 (D.S.C. Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*